1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JAMES C. GAINES,

11              Petitioner,                    No. 2:10-cv-1716 FCD KJN P

12         vs.

13    M.D. McDONALD, Warden,

14              Respondent.              ORDER

15    _____/

16              Petitioner is a state prisoner proceeding without counsel with a petition for a writ

17    of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 4, 2010, petitioner filed a motion to

18    correct judicial error.  Petitioner objects that his July 19, 2010 motion was not a motion to compel

19    discovery but rather a "Motion for Discovery Process."  (Id.)  Petitioner asks the court to correct

20    the record.  Good cause appearing, petitioner's motion will be granted.  The July 26, 2010 order

21    addressing petitioner's July 19 motion is amended as follows:

22              Line 25, page 1, is modified to read, "On July 19, 2010, petitioner filed a document

23    styled "Motion for Discovery Process."  (Id.)"  Lines 6-7, page 3, are amended to read as follows:

24    "6.  Petitioner's July 19, 2010 motion for discovery process is denied without prejudice.  (Dkt.

25    No. 5.)"

26              In all other respects, the July 26, 2010 order stands as written.  The Clerk of the

                                            1

Court will be directed to edit the July 19, 2010 docket entry to reflect the title of petitioner's filing: "Motion for Discovery Process."  (Dkt. No. 5.)

            In accordance with the above, IT IS HEREBY ORDERED that:

    1.  Petitioner's August 4, 2010 motion (dkt. no. 15) is granted;

    2.  The July 26, 2010 order is modified as set forth above; and

    3.  The Clerk of the Court is directed to edit the July 19, 2010 docket entry to reflect petitioner's filing as a "Motion for Discovery Process."  (Dkt. No. 5.)

DATED:  August 24, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gain1716.dsc

2