IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES C. GAINES,

    Petitioner,                                          No. CIV S-10-1716 KJM CHS

    vs.

M.D. McDONALD, Warden,

    Respondent.

<u>ORDER GRANTING EXTENSION OF TIME</u>

_____/

        Gaines, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On March 5, 2012, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. On September 4, 2012, the court received Gaines's objections to the findings and recommendations; those objections were docketed on September 10, 2012. Therein, Gaines requests a 90 day extension of time to gather all necessary facts and evidence to present to the court why a certificate of appealability should issue. Gaines indicates that his delay in filing objections and in presenting

argument for a certificate of appealability is based on a delay in correspondence from his contact with the California DNA project. The relevant correspondence is attached to his filing.

Good cause shown, Gaines's objections are deemed timely filed and the requested 90 day extension of time to request a certificate of appealability is granted. Gaines is cautioned that no additional extensions of time will be granted absent good cause under extraordinary circumstances.

IT IS SO ORDERED.

DATED: September 12, 2012.

_____
UNITED STATES DISTRICT JUDGE