IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES C. GAINES,

     Petitioner,                  No. 2:10-cv-1716 KJM CHS P

    vs.

M.D. McDonald,

     Respondent.              ORDER

         Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, findings and recommendations were filed on March 5, 2012, recommending that the petition be denied and that a certificate of appealability not issue. Plaintiff has filed objections to the findings and recommendations. On October 15, 2012, plaintiff was granted a 90 day extension of time to request a certificate of appealability. Under these circumstances, the court finds that the interests of justice would not be served by the appointment of counsel at the present time.

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that petitioner's October 15, 2012
2  motion to appoint counsel (Dkt No. 42) is denied.
3  DATED: October 23, 2012.

_____
UNITED STATES DISTRICT JUDGE